AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| VICKIE L. BASS, | ) |  |
|     Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, | ) | **CASE NO. 7:11-CV-72-D** |
| *Commissioner of Social Security*, | ) |  |
|     Defendant. | ) |  |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 30]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 21] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 27] is DENIED, and this action is REMANDED to the Commissioner under sentence four of 42 U.S.C § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 12, 2012,** WITH A COPY TO:

Charlotte Williams Hall  (via CM/ECF electronic notification)
Mark J. Goldenberg (via CM/ECF electronic notification)

|  |  |
|---|---|
|  | JULIE A. RICHARDS, Clerk |
| September 12, 2012 |  |
| Date | Eastern District of North Carolina |
|  |  |
|  | /s/Debby Sawyer |
|  | (By) Deputy Clerk |
| Raleigh, North Carolina |  |