IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:11-cv-72-D

| VICKIE BASS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $6,776.75 for attorney fees, representing 25% of Plaintiff's accrued back benefits less the administrative fee, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the $6,776.75, Plaintiff's counsel will reimburse Plaintiff $2,558.50, representing the prior fee amount counsel received under the Equal Access to Justice Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $6,776.75 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED this __13__ day of November 2013.

James C. Dever III
Chief United States District Judge